No. 387. PRUDENTIAL INSURANCE CO. ET AL. *v.* CRITES, INCORPORATED. November 8, 1943. Petition for writ of

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralph G. Martin* for petitioners.